**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>LLOYD AUSTIN, III,<br>Secretary of Defense,<br><br>*Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 22-3474 (RC)<br><br>Re Document No.: 7 |

**<u>ORDER</u>**

**GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 7) is **GRANTED.** It is hereby:

**ORDERED** that Plaintiff may proceed with the case using the pseudonym "Jane Doe"; and it is

**FURTHER ORDERED** that Defendant is prohibited from publicly disclosing Plaintiff's identity or any personal identifying information that could lead to the identification of Plaintiff by nonparties, except for the purposes of investigating the allegations contained in the Amended Complaint and for preparing any responses or motions, and Defendant may not include Plaintiff's name in any pleadings.

**SO ORDERED**.

Dated: February 29, 2024

RUDOLPH CONTRERAS
United States District Judge